# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| BOBBY GRIGSBY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>　　　　Defendant. | Case No. EDCV 08-1413 AJW<br><br>**J U D G M E N T** |

**IT IS ADJUDGED** that defendant's decision is reversed, and the case is remanded to defendant for further administrative proceedings consistent with the memorandum of decision filed concurrently herewith.

January 22, 2010

_____
ANDREW J. WISTRICH
United States Magistrate Judge